UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MAIROBY HERNANDEZ, Individually, and : Case No.: 1:22-cv-09352-LJL
On Behalf of All Others Similarly Situated, :
:
:
Plaintiff, :
:
vs. :
: **NOTICE OF SETTLEMENT**
:
:
CLOTH & PAPER, CO., :
:
Defendant. :
:
:
---------------------------------------------------------------x

    Plaintiff Mairoby Hernandez ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant Cloth & Paper, Co. ("Defendant") (collectively, the "parties"), and states as follows:

    1.    A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

    2.    The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences for 60 days.

- 2 -

DATED:  February 15, 2023              **MIZRAHI KROUB LLP**

                                       /s/ Edward Y. Kroub
                                       EDWARD Y. KROUB

                                       EDWARD Y. KROUB
                                       WILLIAM J. DOWNES
                                       225 Broadway, 39th Floor
                                       New York, NY  10007
                                       Telephone:  212/595-6200
                                       212/595-9700 (fax)
                                       ekroub@mizrahikroub.com
                                       wdownes@mizrahikroub.com

                                       *Attorneys for Plaintiff*